160 A.3d 699

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. TYRONE DANIELS (A/K/A ICE CREAM, AND
CREAM), DEFENDANT-PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005190–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 699

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SONIA MARINAS, DEFENDANT-PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005443–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.